1    PHILLIP A. TALBERT
     United States Attorney
2    JUSTIN L. LEE
     Assistant U.S. Attorney
3    501 I Street, Suite 10-100
     Sacramento, CA  95814
4    (916) 554-2700

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   2:22-MJ-0078-DB
                                        )
12             Plaintiff,               )   STIPULATION AND ORDER
                                        )   CONTINUING PRELIMINARY
13       v.                             )   HEARING DATE
                                        )
14   ROBERTO TOSTADO-CADENAS,           )
                                        )
15             Defendant.               )   Judge: Hon. Jeremy D. Peterson
                                        )
16                                      )
                                        )
17   ─────────────────────────────     )

18                            **STIPULATION**

19       The United States, by and through its undersigned counsel, and the defendant, by

20   and through his counsel of record, hereby stipulate as follows:

21       1.  By prior order, this matter was set for Preliminary Hearing on June 14, 2022.

22       2.  By this Stipulation, the parties now move to continue the Preliminary Hearing until

23          July 14, 2022, at 2:00 p.m.  Related defendant Jose Curiel (2:22-MJ-0079-DB) is

24          scheduled for a Preliminary Hearing on July 14, 2022.

25       3.  The defendant made his initial appearance on May 24, 2022.

26       4.  The defendant is presently in custody pending trial in this matter.

27   ///

28   ///

Stipulation to Continue P/H                    1          United States v. Tostado-Cadenas

5. The parties need additional time to explore potential pre-indictment resolution of this matter.  The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.

6. The defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested."  Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The parties jointly move to exclude time within which any indictment or information shall be filed from the date of this order, through and including July 14, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

7. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**


DATED: June 13, 2022                   /s/ Justin L. Lee
                                       JUSTIN L. LEE
                                       Assistant U.S. Attorney

DATED: June 13, 2022                   /s/ Clemente Jimenez
                                       CLEMENTE JIMENEZ
                                       Attorney for Roberto Tostado-Cadenas
                                       (as authorized on June 11, 2022)

1

**ORDER**

2

3          IT IS SO FOUND AND ORDERED:

4     Dated: June 13, 2022

5                                                  _____
      JEREMY D. PETERSON
6     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28