```
CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ROBERTO TOSTADO-CADENAS
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>ROBERTO TOSTADO-CADENAS,<br><br>    Defendants. | Case No.: 2:22-cr-151-02 WBS<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  April 22, 2024<br>TIME:   9:00 a.m.<br>JUDGE: Hon. William B. Shubb |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Justin Lee, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Roberto Tostado-Cadenas, that the hearing in this matter, currently scheduled for April 22, 2024, at 9:00 a.m., be vacated and the matter continued to this court's criminal calendar on May 6, 2024, at 9:00 a.m., for further status conference and possible change of plea.  Co-defendant Jose Antonio Curiel is currently scheduled for status on May 6, 2024.  Counsel requires additional time to review discovery, conduct investigation, and confer with Mr. Tostado-Cadenas in order to prepare for trial.

　　　　IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, April 17, 2024, through May 6, 2024, and that

04/18/24

the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: April 17, 2024        /S/    Justin Lee
                             PHILLIP TALBERT
                             by JUSTIN LEE
                             Attorney for Plaintiff

DATED: April 17, 2024        /S/    Clemente M. Jiménez
                             CLEMENTE M. JIMÉNEZ
                             Attorney for Roberto Tostado-Cadenas

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for April 22, 2024, at 9:00 a.m., be vacated and the matter continued for further status conference and possible change of plea on May 6, 2024, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, April 17, 2024, through May 6, 2024, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: April 18, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

04/18/24