CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ROBERTO TOSTADO-CADENAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERTO TOSTADO-CADENAS,<br><br>    Defendant. | Case No.: 2:22-cr-151-02 WBS<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  September 3, 2024<br>TIME:  9:00 a.m.<br>JUDGE: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Justin Lee, Counsel for Plaintiff, attorney Clemente M. Jiménez, Counsel for Defendant Roberto Tostado-Cadenas, that the hearing in this matter, currently scheduled for September 3, 2024, at 10:00 a.m., be vacated and the matter continued to this court's criminal calendar on September 30, 2024, at 9:00 a.m., for further status conference and possible change of plea.  Counsel requires additional time to review discovery, conduct investigation, and confer with Mr. Tostado-Cadenas in order to prepare for trial.  *This stipulation relates only to Mr. Tostado-Cadenas.*

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, August 28, 2024, through September 30,

08/29/24

2024, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:     August 28, 2024      /S/     Justin Lee
                                PHILLIP TALBERT
                                by JUSTIN LEE
                                Attorney for Plaintiff

DATED:     August 28, 2024      /S/     Clemente M. Jiménez
                                CLEMENTE M. JIMÉNEZ
                                Attorney for Roberto Tostado-Cadenas

## ORDER

IT IS SO ORDERED, that the status conference for Roberto Tostado-Cadenas in the above-entitled matter, scheduled for September 3, 2024, at 9:00 a.m., be vacated and the matter continued for further status conference and possible change of plea on **September 30, 2024, at 10:00 a.m**. The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, August 28, 2024, through September 30, 2024, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: August 29, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

08/29/24