```
MICHELE BECKWITH
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO TOSTADO-CADENAS,<br><br>Defendant. | CASE NO. 2:22-CR-00151-WBS<br><br>STIPULATION TO CONTINUE EVIDENTIARY HEARING AND ORDER<br><br>DATE: April 23, 2025<br>TIME: 10:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an evidentiary hearing on April 23, 2025.

2. At the hearing, the United States intends to call FBI Special Agent Kevin Falls. Special Agent Falls will be out of country until April 26, 2025.

///

///

///

///

///

///

STIP TO CONTINUE EVIDENTIARY HEARING    1

3. The United States requests that the Court continue the evidentiary hearing to May 1, 2025, at 10:00 a.m. The defendant does not oppose the request and is available on May 1, 2025, at 10:00 a.m.

IT IS SO STIPULATED.

Dated: April 11, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: April 11, 2025

/s/ CLEMENTE JIMENEZ
CLEMENTE JIMENEZ
Counsel for Defendant
ROBERTO TOSTADO-CADENAS

## ORDER

IT IS SO FOUND AND ORDERED. The evidentiary hearing is continued to **May 1, 2025, at 10:00 a.m.**

Dated: April 11, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIP TO CONTINUE EVIDENTIARY HEARING    2