CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ROBERTO TOSTADO-CADENAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERTO TOSTADO-CADENAS, et al.,<br><br>Defendants. | Case No.: 2:22-cr-151 DAD<br><br>REQUEST TO CALENDAR MATTER FOR RESENTENCING<br><br>DATE: December 14, 2026<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

On May 1, 2025, this matter came before the Hon. William B. Shubb for judgment and sentencing. The Court sentenced Roberto Tostado-Cadenas to a term of 150 months.

On May 13, 2025, Mr. Tostado-Cadenas timely filed a Notice of Appeal.

On July 6, 2026, the United States Court of Appeals for the Ninth Circuit remanded the case to the district court for resentencing and ordered the case reassigned for that purpose.

On July 28, 2026, the appellate court issued its Mandate consistent with the above vacatur and remand.

On July 31, 2026, this matter was reassigned to Your Honor for resentencing.

WHEREFOR, the parties do hereby request that the matter be set for December 14, 2026, at 9:30 a.m., for sentencing. US Probation has been notified of the proposed date and is available.

DATED: October 20, 2026

/S/ Justin Lee
PHILLIP TALBERT
by JUSTIN LEE
Attorney for Plaintiff

DATED: October 20, 2026

/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Roberto Tostado-Cadenas

**ORDER**

Pursuant to the request of the parties this case is now scheduled for resentencing before the undersigned on December 14, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **November 5, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE